11 In the Matter of SEARS ROEBUCK AND COMPANY, Respondent, v. LEO CONDON, as Assessor of the Town of Victor, et al., Appellants. (Appeal No. 3.)— Order unanimously reversed, wthout costs, motion granted and petition dismissed. Same memorandum as in *Matter of Great Eastern Mall* v. *Condon*,

44 A D 2d 762, decided herewith. (Appeal from order of Monroe Special Term in proceeding under article 7, Real Property Tax Law.) Present — Marsh, P. J., Moule, Simons, Mahoney and Del Vecchio, JJ.